



2/26/2017 — S Easton Rd - Google Maps

Google Maps  S Easton Rd

Image capture: Aug 2014   © 2017 Google

Glenside, Pennsylvania
Street View - Aug 2014

https://www.google.com/maps/@40.09637,-75.1576693,3a,40.7y,325.77h,86.07t/data=!3m7!1e1!3m5!1sai-tT65O1gz0XYKrknIxw!2e0!5s20141001T000000!7i13312!8i6656

1/2

EXHIBIT
SUTTON-6
2-27-17 PSD

