<oages

