
Speedway, 6725
Glenside, PA
01/19/16 6:38:36p
22-Store Front


Speedway, 6725
Glenside, PA
01/19/16 6:38:38p
22-Store Front


Speedway, 6725
Glenside, PA
01/19/16 6:38:46p
22-Store Front


Speedway, 6725
Glenside, PA
01/19/16 6:38:37p
22-Store Front


















Speedway, 6725
Glenside, PA
01/19/16 6:38:39p
6-Entrance



Speedway, 6725
Glenside, PA
01/19/16 6:38:41p
6-Entrance



Speedway, 6725
Glenside, PA
01/19/16 6:38:40p
6-Entrance