

Speedway, 6725
Glenside, PA

01/19/16 6:42:35p
6-Entrance



Speedway, 6725
Glenside, PA

01/19/16 6:42:37p
6-Entrance



Speedway, 6725
Glenside, PA

01/19/16 6:42:34p
6-Entrance



Speedway, 6725
Glenside, PA

01/19/16 6:42:36p
6-Entrance



Speedway, 6725
Glenside, PA

01/19/16 6:42:39p
6-Entrance



Speedway, 6725
Glenside, PA

01/19/16 6:42:38p
6-Entrance