
Speedway, 6725 Glenside, PA — 01/19/16 6:42:35p 6-Entrance


Speedway, 6725 Glenside, PA — 01/19/16 6:42:37p 6-Entrance


Speedway, 6725 Glenside, PA — 01/19/16 6:42:34p 6-Entrance


Speedway, 6725 Glenside, PA — 01/19/16 6:42:36p 6-Entrance



Speedway, 6725
Glenside, PA
01/19/16 6:42:39p
6-Entrance



Speedway, 6725
Glenside, PA
01/19/16 6:42:38p
6-Entrance






