# Invoice

Page 1 of 1

To: Speedway LLC.
Attn: Accounts Payable
500 Speedway Drive
Enon OH, 45323

Invoice Date: 09/28/2015
Invoice#: 68835
Vendor#: 905098
Work Order#: 001100947293
AFE#: 92396
Total Due: REDACTED

Remit To:

Jones & Frank - Central Dispatching Center
PO BOX 531829 Alanta GA 30353
Approved: 10/19/2015  Patrick Henry (1661)

Store: 6725
Address: 258 S Easton Rd Glenside, PA
Maintenance Manager: Bob Doyle ()
Maintenance Technician: Fred Cullen (00Y8) (484-269-7691)

Work Order: 001100947293
AFE: 92396
Origination Date: 09/23/2015
Description: ATG Upgrade

Work Date: 09/23/2015 (Date Entered: 09/29/2015)
Work Description: FREIGHT

### Capital Assets
There are NO capital assets listed for this work order.

### Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|
| FREIGHT | FREIGHT | 1 | REDACTED | .00 | REDACTED |
|  |  |  |  | Tax: | $ 00 |
|  |  |  |  | Total: | REDACTED |

### Labor
There are NO labor hours listed for this work order.

### Travel
There are NO travel expenses listed for this work order.

Invoice Total: REDACTED

Generated by: Speedway IDS


EXHIBIT D-1
6-26-17  DSO

# Invoice

Page 1 of 1

To: Speedway LLC.
Attn: Accounts Payable
500 Speedway Drive
Enon OH, 45323

Invoice Date: 10/07/2015
Invoice#: 69999
Vendor#: 905098
Work Order#: 001100947293
AFE#: 92396
Total Due: REDACTED

Remit To:

Jones & Frank - Central Dispatching Center
PO BOX 531829 Alanta GA 30353
Approved:  10/19/2015  Patrick Henry (1661)

Store: 6725
Address: 258 S Easton Rd Glenside, PA
Maintenance Manager: Bob Doyle ()
Maintenance Technician: Fred Cullen (00Y8) (484-269-7691)

Work Order: 001100947293
AFE: 92396
Origination Date: 09/23/2015
Description: ATG Upgrade

Work Date: 09/23/2015 (Date Entered: 10/08/2015)
Work Description: PART ONLY

## Capital Assets

There are NO capital assets listed for this work order.

### Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|
| 330020-012 | UNIVERSAL SENSOR MOUNTING KIT | 4 | REDACTED | .00 | REDACTED |
| 794380-303 | DUAL FLOAT HYDRO SENSOR OLD 794380 | 4 | REDACTED | .00 | REDACTED |
| 331014-001 | PLLD SWIFT CHECK VALVE | 4 | REDACTED | .00 | REDACTED |
| 846400-001 | DIESEL INSTALLTION KIT 4 MAG PLUS PR | 1 | REDACTED | .00 | REDACTED |
| 51650 | EXPEDITE CHARGES | 1 | REDACTED | .00 | REDACTED |
| FREIGHT | FREIGHT | 1 | REDACTED | .00 | REDACTED |
| SALES TAX | PLYMOUTH MEETING,PA SALES TAX | 1 | REDACTED | .00 | REDACTED |

Tax: $.00
Total: REDACTED

### Labor

There are NO labor hours listed for this work order.

### Travel

There are NO travel expenses listed for this work order.

Invoice Total: REDACTED

Generated by: Speedway IDS

# Invoice

Page 1 of 1

To: Speedway LLC.
Attn: Accounts Payable
500 Speedway Drive
Enon OH, 45323

Invoice Date: 10/26/2015
Invoice#: 629284
Vendor#: 912097
Work Order#: 001100947293
AFE#: 92396
Total Due: REDACTED

Remit To:

CROMPCO LLC
1815 Gallagher Road Plymouth Meeting PA 19462
Approved: 12/18/2015  Danny Coffey (1656)

Store: 6725
Address: 258 S Easton Rd Glenside, PA
Maintenance Manager: Bob Doyle ()
Maintenance Technician: Fred Cullen (00Y8) (484-269-7691)

Work Order: 001100947293
AFE: 92396
Origination Date: 09/23/2015
Description: ATG Upgrade

Work Date: 10/02/2015 (Date Entered: 12/16/2015)
Work Description: Pre TLS Installation- site conduit and electrical work. This was never entered into IDS for payment

## Capital Assets
There are NO capital assets listed for this work order.

## Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|
| service | Pre TLS Installation Conduit Trenching and Electri | 1 | REDACTED | .00 | REDACTED |
| | | | | Tax: | $.00 |
| | | | | Total: | REDACTED |

## Labor
There are NO labor hours listed for this work order.

## Travel
There are NO travel expenses listed for this work order.

Invoice Total: REDACTED



**CROMPCO LLC**

1815 GALLAGHER ROAD
PLYMOUTH MEETING, PA 19462
610-278-7203

**Bill-To Address**
Speedway LLC
ATTN: Danny Coffey
500 Speedway Dr.
Enon, OH 45323
Customer ID: SPE010

| | |
|---|---|
| Invoice #: | 629284 |
| Invoice date: | 10/26/2015 |
| Total: | REDACTED |
| Payment Terms: | NET 30 |

### Invoice Summary

| Work Order | Station # | Test Date | Total |
|---|---|---|---|
| 442462 | 6725 | 09/28/2015 | REDACTED |
| 442463 | 6725 | 09/29/2015 | REDACTED |
| 442464 | 6725 | 09/30/2015 | REDACTED |
| 442465 | 6725 | 10/01/2015 | REDACTED |
| 443631 | 6725 | 10/02/2015 | REDACTED |
| | | Total: | REDACTED |

| Service Date / PO # | Work Order / Site Address | Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 09/28/2015<br>PO: 001100947293<br>Test Reason: Light Construction | Work Order: 442462<br>Site: 6725<br>258 South Easton Rd.<br>Glenside, PA 19038 | 3<br>24<br>8.5<br>8<br>1<br>1 | Travel: Travel 3 Men<br>Labor: Labor 3 Men<br>Tool Truck: Tool Truck<br>MISC FIELD: Dump Truck / Skid Steer<br>MISC FIELD: Sawcut<br>L Constr: Conduit Trench and Installation | | REDACTED |
| 09/29/2015<br>PO: 001100947293<br>Test Reason: Light Construction | Work Order: 442463<br>Site: 6725<br>258 South Easton Rd.<br>Glenside, PA 19038 | 3<br>24<br>8<br>8<br>1<br>1 | Travel: Travel 3 Men<br>Labor: Labor 3 Men<br>Tool Truck: Tool Truck<br>MISC FIELD: Dump Truck / Skid Steer<br>MISC FIELD: Compressor<br>L Constr. Conduit Trench and Installation | | REDACTED |
| 09/30/2015<br>PO: 001100947293<br>Test Reason: Light Construction | Work Order: 442464<br>Site: 6725<br>258 South Easton Rd.<br>Glenside, PA 19038 | 6<br>57<br>19<br>1<br>1 | Travel: Travel: 5 Men<br>Labor: Labor: 5 Men<br>Tool Truck: Tool Truck<br>MISC FIELD: Compressor<br>L Constr. Conduit Trench and Installation | | REDACTED |
| 10/01/2015<br>PO: 001100947293<br>Test Reason: Light Construction | Work Order: 442465<br>Site: 6725<br>258 South Easton Rd.<br>Glenside, PA 19038 | 4<br>2<br>14<br>7<br>1<br>50<br>1<br>1<br>1 | PARTS Manhole : 18 In. Round Manhole w/Cast Iron Ring and 10 In. Skirt :: Universal : 88-1810<br>Travel: Travel: 2 Men<br>Labor: Labor: 2 Men<br>Tool Truck: Tool Truck<br>Expenses: Electrical<br>MISC FIELD: Rebar<br>MISC FIELD: Concrete Disposal<br>MISC FIELD: Concrete<br>L Constr. Conduit Trench and Installation | | REDACTED |
| 10/02/2015<br>PO: 001100947293<br>Test Reason: Light Construction | Work Order: 443631<br>Site: 6725<br>258 South Easton Rd.<br>Glenside, PA 19038 | 1.5<br>2<br>2<br>1 | Travel: Travel: 1 Man<br>Labor: Labor: 1 Man<br>Tool Truck: Tool Truck<br>L Constr. Conduit Trench and Installation | | REDACTED |

Test Reason: Light Construction

Invoice Total: REDACTED

4

Please write the invoice number on your check or payment document

Please Remit Payment To:
1815 Gallagher Rd
Plymouth Meeting, PA 19462
Phone: 610-278-7203

5

# Invoice

Page 1 of 1

To: Speedway LLC.
Attn: Accounts Payable
500 Speedway Drive
Enon OH, 45323

| | |
|---|---|
| Invoice Date: | 10/26/2015 |
| Invoice#: | **629285** |
| Vendor#: | 912097 |
| Work Order#: | 001100947293 |
| AFE#: | 92396 |
| Total Due: | REDACTED |

Remit To:

CROMPCO LLC
1815 Gallagher Road Plymouth Meeting PA 19462
Approved: 10/26/2015  Patrick Henry (1661)

| | |
|---|---|
| Store: | 6725 |
| Address: | 258 S Easton Rd Glenside, PA |
| Maintenance Manager: | Bob Doyle () |
| Maintenance Technician: | Fred Cullen (00Y8) (484-269-7691) |

| | |
|---|---|
| Work Order: | 001100947293 |
| AFE: | 92396 |
| Origination Date: | 09/23/2015 |
| Description: | ATG Upgrade |

| | |
|---|---|
| Work Date: | 10/06/2015 (Date Entered: 10/26/2015) |
| Work Description: | TLS-450 Installation, start up and certification test |

## Capital Assets

There are NO capital assets listed for this work order.

## Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|
| Installation and Start Up | TLS-450 Install, Programming and certification | 1 | REDACTED | .00 | REDACTED |
| | | | | Tax Total: | $.00 REDACTED |

## Labor

There are NO labor hours listed for this work order.

## Travel

There are NO travel expenses listed for this work order.

| | |
|---|---|
| Invoice Total: | REDACTED |

Generated by: Speedway IDS



**CROMPCO**

CROMPCO LLC

1815 GALLAGHER ROAD
PLYMOUTH MEETING, PA 19462
610-278-7203

Bill-To Address
Speedway LLC
ATTN: Danny Coffey
500 Speedway Dr.
Enon, OH 45323
Customer ID: SPE010

| | |
|---|---|
| Invoice #: | 629285 |
| Invoice date: | 10/26/2015 |
| Total: | REDACTED |
| Payment Terms: | NET 30 |

### Invoice Summary

| Work Order | Station # | Test Date | Total |
|---|---|---|---|
| 443321 | 6725 | 10/05/2015 | REDACTED |
| 443322 | 6725 | 10/06/2015 | REDACTED |
| | | Total: | REDACTED |

| Service Date / PO # | Work Order / Site Address | Qty | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 10/05/2015 PO: 001100947293 Test Reason: Maintenance | Work Order: 443321 Site: 6725 258 South Easton Rd. Glenside, PA 19038 | 3 | PARTS: Fitting :: Galvanized Pipe Plug 3/4in :: C.L. Weber :: 0319-90240-9 | | REDACTED |
| | | 3 | PARTS: Wire :: 10 ft. VEEDER ROOT Probe Cable :: Veeder Root :: 330272-002 | | |
| | | 3 | Travel: Travel: 3 Men | | |
| | | 25.5 | Labor: Labor: 3 Men | | |
| | | 8.25 | Tool Truck: Tool Truck | | |
| | | 1 | L Constr: Installation of tank monitor system | | |
| 10/06/2015 PO: 001100947293 Test Reason: Compliance | Work Order: 443322 Site: 6725 258 South Easton Rd. Glenside, PA 19038 | 4 | LD: All Leak Detectors | | REDACTED |
| | | 1 | ATG: Monitor System Inspection | | |
| | | 1 | PARTS: Functional Element :: Red Jacket :: 323-001-5 | | |
| | | 3.75 | Travel: Travel: 3 Men | | |
| | | 26.25 | Labor: Labor: 3 Men | | |
| | | 8.75 | Tool Truck: Tool Truck | | |
| | | 1 | Expenses: Electrical | | |
| | | 1 | Expenses: Tank Modification Report | | |

Test Reason: Compliance

Invoice Total: REDACTED

*Please write the invoice number on your check or payment document*

Please Remit Payment To:
1815 Gallagher Rd
Plymouth Meeting, PA 19462
Phone: 610-278-7203

7

Case 2:16-cv-04765-JD   Document 12-7   Filed 10/07/17   Page 8 of 10



**Speedway LLC.**
Store# 6725
Work Order# 001100947293

258 S Easton Rd.  Glenside, PA
Printed: 09/19/2016

### Technicians

WO Assigned: (00Z1) Support, Store  ( Manager: Coffey  )

Store Assigned: (00Y8) Cullen, Fred 484-269-7691

### Work Order Date: 09/23/2015 13:42

**Priority:** Routine              **Status:** Released (Open/Sent to Tech) (REL)

Activity Type: Problem / Breakdown / Repair (130)         Order Type: Recurring Maintenance

Expense Class: Equipment                                   Expense Type: Equipment

Function Level 3: Ust Equipment                            Function Level 4: Automatic Tank Gauge

AFE: 92396

### Work Order Description
ATG Upgrade

### Verified: 10/05/2015 15:43 By: Danielle

Vendor: CROMPCO LLC

Notes/Comment:

### Invoices

Date: 10/26/2015                                                                 CROMPCO LLC
Invoice# 629285                                                                  Vendor#: 912097
Invoice Amount:      REDACTED                                                    AFE#: 92396
TLS-450 Installation, start up and certification test

#### Capital Assets
There are NO capital assets listed for this work order.

#### Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|
| Installation and Start Up | TLS-450 Install, Programming and certification | 1 | REDACTED 1 | 0 | REDACTED |
|  |  |  | Tax: |  | $.00 |
|  |  |  | Total: |  | REDACTED |

#### Parts
There are NO labor hours for this work order.

#### Travel
There are NO travel expenses listed for this work order.

Date: 10/26/2015                                                                 CROMPCO LLC
Invoice# 629284                                                                  Vendor#: 912097
Invoice Amount:      REDACTED                                                    AFE#: 92396
Pre TLS Installation- site conduit and electrical work. This was never entered into IDS for payment

#### Capital Assets
There are NO capital assets listed for this work order.

#### Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|

Speedway LLC.                                  1/3                               https://www.speedway-ids.com



**Speedway LLC.**
Store# 6725
Work Order# 001100947293

258 S Easton Rd. Glenside, PA
Printed: 09/19/2016

| | | | | | |
|---|---|---|---|---|---|
| service | Pre TLS Installation Conduit Trenching and Electri | 1 | REDACTED | 0 | REDACTED |
| | | | Tax: | | $.00 |
| | | | Total: | | REDACTED |

### Parts
There are NO labor hours for this work order.

### Travel
There are NO travel expenses listed for this work order.

---

Date: 10/07/2015
Invoice# 69999
Invoice Amount:   REDACTED
PART ONLY

Jones & Frank - Central Dispatching Center
Vendor#: 905098
AFE#: 92396

### Capital Assets
There are NO capital assets listed for this work order.

### Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|
| 330020-012 | UNIVERSAL SENSOR MOUNTING KIT | 4 | REDACTED | 0 | REDACTED |
| 794380-303 | DUAL FLOAT HYDRO SENSOR OLD 794380 | 4 | REDACTED | 0 | REDACTED |
| 331014-001 | PLLD SWIFT CHECK VALVE | 4 | REDACTED | 0 | REDACTED |
| 846400-001 | DIESEL INSTALLTION KIT 4 MAG PLUS PR | 1 | REDACTED | 0 | REDACTED |
| 51650 | EXPEDITE CHARGES | 1 | REDACTED | 0 | REDACTED |
| FREIGHT | FREIGHT | 1 | REDACTED | 0 | REDACTED |
| SALES TAX | PLYMOUTH MEETING,PA SALES TAX | 1 | REDACTED | 0 | REDACTED |
| | | | Tax: | | $.00 |
| | | | Total: | | REDACTED |

### Parts
There are NO labor hours for this work order.

### Travel
There are NO travel expenses listed for this work order.

---

Date: 09/28/2015
Invoice# 68835
Invoice Amount:   REDACTED
FREIGHT

Jones & Frank - Central Dispatching Center
Vendor#: 905098
AFE#: 92396

### Capital Assets
There are NO capital assets listed for this work order.

### Parts

| Name/ID | Description | Count | Cost | Tax% | Total |
|---|---|---|---|---|---|
| FREIGHT | FREIGHT | 1 | REDACTED | 0 | REDACTED |
| | | | Tax: | | $.00 |
| | | | Total: | | REDACTED |

### Parts
There are NO labor hours for this work order.

### Travel
There are NO travel expenses listed for this work order.

---



### Grand Total

| | |
|---|---|
| Technician Total: | $.00 |
| Vendor Invoice Total: | REDACTED |
| Grand Total: | REDACTED |

/0