

# Keith A. Bergman, PE

Consulting Engineer in Civil Engineering, specializing in Highway and Street Design, Traffic Engineering, Utilities Construction, Storm Drainage, Pedestrian Safety, Walkway Surface Evaluations, Concrete and Asphalt Pavement Evaluations.  Extensive experience in Construction Management, Project Related Claims, Job Site Safety, Codes and Standards, ADA Compliance.

**Professional Engineer:**   California • Delaware • Florida • Maryland • Massachusetts • New Hampshire • New Jersey • New York • Pennsylvania • Virginia • Ohio • Illinois • Michigan

**Education:**        Bachelor of Science Degree in Civil Engineering, San Diego State University, 1991

**Professional Background:**

**2011-Present – Bergman Engineering, LLC** – Harleysville, Pennsylvania:
Civil Engineer responsible for evaluating matters involving premise liability, steps, stairways, walkways, highway and traffic engineering, including intersections; urban and rural roadways; interstate highways; parking lots; signage, pavement marking and traffic controls; codes and zoning requirements; public utilities including sanitary sewer, storm sewer and water mains.  Plan and project document review; site inspections.  Consulting in code compliance and standards; work zone safety, construction management, claims and safety.  Evaluations of ice, snow control, grading, storm water management, detention and retention basins, and soil and sedimentation control.

**2008-2012 – Fleisher Forensics** – Ambler, Pennsylvania:
Civil Engineer responsible for evaluating matters involving highway and traffic engineering, including intersections; urban and rural roadways; interstate highways; parking lots; signage, pavement marking and traffic controls; codes and zoning requirements; sidewalks and crosswalks; public utilities including sanitary sewer, storm sewer and water mains.  Plan and project document review; site inspections.  Consulting in code compliance and standards; work zone safety, construction management, claims and safety.  Evaluations of ice, snow control, grading, storm water management, detention and retention basins, and soil and sedimentation control.

**2006-2008 – Bohler Engineering, Inc. –** Chalfont, Pennsylvania:
Project Manager responsible for the preparation of Civil Engineering and Highway Design Plans for land development projects including residential, commercial, and industrial projects.  This included the preparation of the requisite construction drawings for parking lot and sidewalk design, sewer, water, storm drain and utility design, roadway and associated infrastructure design, including intersection and driveway design as well as pavement design, traffic control and traffic signal design. Responsibilities also included public hearing testimony, construction cost estimating, client, contractor and jurisdictional coordination, and concept design and analysis.  Managerial responsibilities include staff reviews, interviewing and evaluating potential new hire candidates, budget preparation, and client invoicing.



# Keith A. Bergman, P.E.

Page 2 of 3

**2005-2006 – Elliott Building Group** – Langhorne, Pennsylvania:
Vice-President of Land Development responsible for engineering; design; construction management, claims, and safety; and dedication of residential and commercial projects in Pennsylvania, New Jersey, Maryland and Delaware. Responsible for coordination with municipal officials for permitting and approvals prior to and during construction. Construction manager responsible for processing payment requests, health and safety compliance, contractor claims and change orders, scheduling, OSHA regulations and compliance, EPA regulations and implementing soils conservation district requirements for soils erosion and sedimentation control.

**1996-2005 – McMahon Associates Inc.** – Fort Washington, Pennsylvania:
General Manager in charge of Engineering and Construction in the Fort Washington Office of McMahon Associates, Inc. including traffic planning, traffic signals, highway design, land surveying, structural engineering construction management and inspection. Responsible for a staff of over 40 employees including Project Managers, Land Surveyors, Project Engineers, Engineering Designers, and Technicians. Managed sub-consultants' work product and contracts, including geotechnical engineers, structural engineers, landscape architects, and environmental engineers. Resident Engineer on Highway/Street construction projects. Agency coordination included meetings and interface with PennDOT, PA Turnpike Commission, NJDOT, DelDOT, Mass Highway, and New Hampshire DOT. Project presentations at public meetings.

**1993-1996 – Nasland Engineering** – San Diego and Riverside, California:
Senior Design Engineer responsible for designing and processing land development plans for both private and public improvements including site plan design, ADA compliance, municipal roadway design, Caltrans Highway Access permitting, lot layout, sewer, water and storm drain design, and grading design. Presented projects at public hearings. Responsible for construction management, construction safety, cost estimating, negotiating and processing change orders.

**1991-1993 – Crew Engineering and Surveying –** San Diego, California
Engineer responsible for designing, specifying, and processing land development applications for private improvements including site improvements, municipal roadways, traffic control, Caltrans Highway Access permitting, lot layout, soils testing and evaluation, sewer, water and storm drain design, grading design and septic system design.



# Keith A. Bergman, P.E.

Page 3 of 3

**Affiliations:**

American Road & Transportation Builders Association, ARTBA
    ARTBA Young Executive Leadership Program 2004-2005
American Society of Civil Engineers, ASCE
American Society of Highway Engineers, ASHE
Engineers Club of Philadelphia
Institute of Transportation Engineers, ITE
    ITE Expert Witness Council
    ITE Transportation Safety Council
National Society of Professional Engineers, NSPE
Pennsylvania Society of Professional Engineers, PSPE
    Valley Forge Chapter Coordinator of MathCounts 2004-2005
Elected Board Member of Hammersmyth Farms Homeowners Association 2005 – Present
Planning Commissioner for Lower Salford Township, Montgomery County, PA 2001-2009
Souderton Area Boys Lacrosse Association, SABLA 2006-2009
Lower Salford Township, Montgomery County, PA, Board of Supervisors 2009-Present
    Lower Salford Township Police Committee 2009 – Present
    Lower Salford Township Golf Committee 2011 – Present
Indian Valley Regional Planning Commission 2014 – Present
    Delegate to the Multi-Regional Greenway Study 2015 – Present
Montgomery County Association of Township Officials, Executive Committee 2016 - Present

**Presentations:**

Transportation Engineering and Safety Conference, Traffic Accidents and Design, Penn State, 2010
Transportation Engineering and Safety Conference, Accidents and Design, Penn State, 2011

**Articles and Publications:**

Bergman Engineering Website Blog Editor 2014 - Present
ITE Expert Witness Council Newsletter Editor 2010 - 2012
    Summer & Winter 2010; Spring, Summer, Fall & Winter 2011
Distracted Driving - PSPE Reporter, Winter 2010