

(Previously a Hess) 1440 W Cheltenham Ave, Philadelphia, PA 19126



**BERGMAN** ENGINEERING



(Previously a Hess) 2474 Island Avenue, Philadelphia, PA





(Previously a Hess) 5110 City Ave, Philadelphia, PA 19131





(Previously a Hess) 3300 Grays Ferry Ave, Philadelphia, PA 19146



BERGMAN ENGINEERING



(Previously a Hess) 724 Street Rd, Southampton, PA 18966



(Previously a Hess) 2161 S 1st Ave, Whitehall, PA 18052



BERGMAN ENGINEERING




(Previously a Hess) 3640 PA-309, Orefield, PA 18069




(Previously a Hess) 702 N 19th St, Allentown, PA 18104







(Previously a Hess) 751 Hanover Avenue, Allentown, PA



(Previously a Hess) 2919 Veteran Hwy, Bristol, PA



BERGMAN ENGINEERING



(Previously a Hess) 2818 Easton Rd, Willow Grove, PA 19090


BERGMAN ENGINEERING



(Previously a Hess) 5640 Hamilton Blvd, Allentown, PA 18106

