IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROD SLAPPY-SUTTON and JEAN SUTTON, h/w (Plaintiffs) | : CIVIL ACTION : : |
| V | : NO. 16-4765 |
| SPEEDWAY LLC (Defendant) | : : |

======================

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Rod Slappy-Sutton and Jean Sutton, hereby appeal to the United States Court of Appeals for the Third Circuit from the June 22, 2018 Order (Dkt. No. 20 filed June 25, 2018) granting Defendant Speedway LLC's Motion for Summary Judgment and entering Judgment in favor of Defendant Speedway LLC and against Plaintiffs Rod Slappy-Sutton and Jean Sutton.

Respectfully submitted,

BY _____
John F. Fox, Jr., Esquire
Fox Law, P.C.
P.O. Box 220
Plymouth Meeting, PA 19462
215-568-6868
JohnFox@JFoxLaw.Com
Attorney for Plaintiffs
Rod Slappy-Sutton and
Jean Sutton

Date: 7-9-18

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROD SLAPPY-SUTTON and JEAN SUTTON, h/w<br>(Plaintiffs)<br>V<br>SPEEDWAY LLC<br>(Defendant) | : CIVIL ACTION<br>:<br>:<br>: NO. 16-4765<br>:<br>: |

=======================

## CERTIFICATE OF SERVICE

    John F. Fox, Jr., Esquire hereby certifies that a true and correct copy of the within plaintiffs Rod Slappy-Sutton and Jean Sutton's Notice of Appeal was forwarded to the below named counsel on this 9th day of July, 2018 electronically by the Court.

Michael T. Droogan, Jr., Esquire
Ricci Tyrrell Johnson & Grey
1515 Market Street, Suite 700
Philadelphia, PA 19103

BY _/s/ John F. Fox_
    John F. Fox, Jr., Esquire
    Fox Law, P.C.
    P.O. Box 220
    Plymouth Meeting, PA 19462
    215-568-6868
    JohnFox@JFoxLaw.Com
    Attorney for Plaintiffs
    Rod Slappy-Sutton and
    Jean Sutton

Date: 7-9-18